UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:23−bk−06170−BKM |
| Kelly Marie Showalter | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| Kelly Marie Showalter | Adversary No.: 2:24−ap−00036−BKM |
| *Plaintiff(s)* | |
| v. | |
| US Department of Education | |
| *Defendant(s)* | |

# NOTICE OF SCHEDULING CONFERENCE AND ORDER
# RE: RULE 7016(b) OF FEDERAL RULES OF BANKRUPTCY PROCEDURE

All defendants having answered, and any non−answering defendants having been defaulted, **IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Bankruptcy Procedure 7016, the parties are to appear telephonically at a Scheduling Conference not to exceed fifteen (15) minutes on **August 14, 2024** at **11:00 AM** . Interested parties are to call **833−568−8864** to appear for the hearing. The meeting ID is **160 2682 4273** and the passcode is **427399**.

   **ALL COUNSEL SHALL HAVE ACCESS TO THEIR CALENDARS AT THE SCHEDULING CONFERENCE** as the Court will set deadlines and may schedule the matter for trial.

2. At least fourteen (14) days before the Scheduling Conference the parties shall hold the initial meeting required by Bankruptcy Rule 7026(f). This meeting may be held telephonically.

3. The parties shall make the initial disclosures required by Rule 7026(a) and file the discovery plan required by Rule 7026(f) at least two (2) business days before the Scheduling Conference.

4. **AT THE SCHEDULING CONFERENCE, THE PARTIES SHALL BE PREPARED TO DISCUSS THE FOLLOWING:**
   a. Whether the parties have complied with the requirement of Bankruptcy Rules 7008(a) and 7012(b) and local Bankruptcy Rules 7008−1 and 7012−1 regarding designation of the matter as core or non−core and whether they consent to the entry of final orders or judgments by the Bankruptcy Court;
   b. all matters relevant to the entry of a scheduling order; including all matters set forth in Bankruptcy Rule 7016(b);
   c. whether a trial is required;
   d. whether expert testimony will be proffered;
   e. deadlines for disclosure of experts and deadline for exchanges of expert reports;
   f. deadlines to complete expert and non−expert discovery;
   g. deadline for filing dispositive motions;

− − − NOTICE AND ORDER CONTINUES ON NEXT PAGE − − −

  h. deadlines for filing motions in limine and pretrial briefs;
  i. deadlines for exchanging and filing lists of witnesses and exhibits, and exchanging copies of exhibits;
  j. deadline for filing the joint pretrial statement;
  k. deadline for making a request for a mediation or settlement conference;
  l. whether all parties agree on use of declarations for direct testimony of fact and/or expert witnesses; and
 m. the estimated time for trial.

5. Federal Rules of Bankruptcy Procedure 7026 through 7037 and local Bankruptcy Rule 7037–1 shall apply to all discovery in this proceeding. At the Scheduling Conference, and after consultation with the parties and considering the nature of the claims to be resolved, the Court will decide whether further compliance with the Bankruptcy Rules is necessary or appropriate. If further compliance is excused, limited or conditioned, the Court will enter such further scheduling orders at the Scheduling Conference as may be appropriate in the circumstances.

6. <u>Extension for Good Cause and Requests for Pre–trial Conferences.</u> **THE DEADLINES SET FORTH IN THIS ORDER MAY BE EXTENDED ONLY BY APPROVAL OF THE COURT.** The Court will consider a request for a pre–hearing conference to adjust the dates and procedures set forth in this order. Any request for a pre–hearing conference must be made by motion and must set forth why the deadlines and procedures in this order need to be extended or otherwise adjusted.

7. Plaintiff shall provide notice of this order on ALL defendants and interested parties and file a certificate of service with the Court.

Date: May 29, 2024                                       BY THE COURT

Address of the Bankruptcy Clerk's Office:      **Honorable Brenda K. Martin**
U.S. Bankruptcy Court, Arizona                United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov